## In re ROLATER.

No. 8268—Opinion Filed Jan. 22, 1918.

(170 Pac. 509.)

Appeal from District Court, Oklahoma County; Geo. W. Clark, Judge.

In the matter of the assessment of Mrs. Ida Rolater. From a judgment of the district court fixing a valuation of assessment of mortgaged real estate, the owner appeals. Affirmed.

E. E. Blake, for appellant.

John Embry and Paul Van Winkle, for the County.

OWEN, J. This is an appeal from the judgment of the district court of Oklahoma county fixing the valuation for the assessment of mortgaged real estate in Oklahoma City for the year 1914, and presents the same questions and is in all things ruled by case No. 8267. In re Assessments of Mrs. Ida Rolater and Miss Gussie Simmons, 67 Okla. 215, 170 Pac. 507.

The judgment of the lower court is affirmed.

All the Justices concur.